1  JAMES J. WALDORF (SBN 38297)
   KATHRYN E. VAN HOUTEN (143402)
2  IRSFELD, IRSFELD & YOUNGER LLP
   100 W. Broadway, Ste. 900
3  Glendale, CA 91210
   Telephone: (818) 242-6859
4  Facsimile: (818) 240-7728

5  Attorneys for Plaintiff

FILED
10-24-02
OCT 24 2002

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: ACV 01-03728 |
| Plaintiff, | ) | DEFAULT JUDGMENT |
| vs. | ) | |
| JAMES THOMPSON, | ) | |
| Defendant. | ) | |

Docketed ___
Copies / NTC Sent ___
JS - 5 / JS - 6 ___
JS - 2 / JS - 3 ___
CLSD ___

In the above-entitled action, the Clerk of this Court having entered on ___10-24-02___, a default against Defendant, JAMES THOMPSON for failure to respond or appear, and a declaration on behalf of Plaintiff having been filed satisfying the requirements of Rule 55:

IT IS ADJUDGED that Plaintiff, United States of America, shall have and recover from Defendant JAMES THOMPSON the sum of $2,694.79 in principal, $4,469.00 in accrued prejudgment interest through October 3, 2002, with interest accruing from October 3, 2002 at the rate of 9.000% per annum ($.66 per day) until entry of judgment, with interest thereafter at the legal rate, $00.00 in administration charges, $180.00 in costs, less debtor payments of $.00, plus

///

///

1

ENTERED
OCT 24 2002
CV

1 | $469.47 in attorney's fees for a total judgment of $7,813.26 .

2 | SHERRI R. CARTER, CLERK
U.S. District Court
3 | Central District of California

4 |

5 | DATED:  10·24-02

By:_____
6 | SHARON HALL-BROWN
Deputy Clerk

7 |

8 |

9 |

10 |

11 |

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |